PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00062-KJM-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Jose Garcia ("claimant"), appearing *in propria persona*, as follows:

1.     On or about November 11, 2021, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 31, 2021.

2.     The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

1

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 9, 2022.

4.     By Stipulation and Order filed February 10, 2022, the parties stipulated to extend to March 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed March 15, 2022, the parties stipulated to extend to April 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     By Stipulation and Order filed April 26, 2022, the parties stipulated to extend to May 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

8.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 10, 2022.

Dated:    5/11/2022                          PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant United States Attorney

Dated:    5/11/2022                          /s/ Jose Garcia
                                            JOSE GARCIA
                                            Potential Claimant
                                            Appearing *in propria persona*

                                            (Signature authorized by phone)

**IT IS SO ORDERED**.

DATED:  May 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE